# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, T.P. BELSKY**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**FAVIAN S. GOMEZ**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201500015**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 2 October 2014.
**Military Judge:** LtCol D.M. Jones, USMC.
**Convening Authority:** Commanding General, 2d Marine Aircraft Wing, Parris Island, SC.
**Staff Judge Advocate's Recommendation:** LTCol J.J. Murphy, USMC.
**For Appellant:** Maj Michael Berry, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**9 April 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court